| 1. Person reporting (Last name, First name, Middle initial) Edgar, R. Allan | 2. Court or Organization Eastern District of Tennessee | 3. Date of Report: 4/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief District Judge-Active | 5. ReportType (check appropriate type) ● Nomination, ■--- ● Initial ⊙ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Post Office Box 1748 Chattanooga, TN 37401-1748 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and President | Heritage Landing Condominium Association, Inc. |
| 2. | Co-Trustee | TRUST #1 |
| 3. | Trustee | TRUST #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Tennessee Consolidated Retirement System | 3,332.82 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SunTrust Bank, Chattanooga, NA, Trustee Self-Directed IRA: | | | | | | | | | |
| 2. STI Classic Prime Quality Money Market | B | Interest | M | T | | | | | |
| 3. Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 4. Harbor International Fund | A | Dividend | M | T | | | | | |
| 5. Franklin Mutual Beacon Fund Z Shares | B | Dividend | L | T | | | | | |
| 6. T Rowe Price New Era Fund | A | Dividend | M | T | Buy | 3/16 | K | | |
| 7. T Rowe Price Small Cap Value Fund | A | Dividend | | | Sold | 11/17 | K | E | |
| 8. Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 9. Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 10. Legg Mason Val Fd | | None | | | Sold | 11/17 | K | | |
| 11. Biotech Holders Trust | | None | | | Sold | 4/16 | K | D | |
| 12. Semiconductor Holders Trust | A | Dividend | | | Sold | 4/16 | J | | |
| 13. Baron Small Cap Fd | | None | | | Sold | 3/16 | K | D | |
| 14. CGM Realty Fd | A | Dividend | K | T | | | | | |
| 15. Pimco Corp Opportunity Fd | B | Dividend | | | Sold | 11/24 | K | B | |
| 16. Fed Home Loan Bk Step Note | B | Interest | | | Sold | 8/20 | K | | |
| 17. I shares S&P Index Fd | A | Dividend | J | T | Buy | 4/23 | J | | |
| 18. I shares NASDAQ Biotech Index Fd | | None | J | T | Buy | 4/23 | K | | |

1. Income/Gain Codes (See Columns B1 and D4): A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3): J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2): Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. I shares MSCI Emerging Mkt Fd | A | Dividend | J | T | Buy | 4/23 | J | | |
| 20. I shares MSCI Pacific Ex Japan Fd | | None | J | T | Buy | 11/15 | J | | |
| 21. I units Govt of Canada 5-yr Bd Fd | | None | K | T | Buy | 11/15 | K | | |
| 22. Sel. Am. Shares Fund (IRA) | A | Dividend | K | T | | | | | |
| 23. Schwab Money Mkt Fund (IRA) | A | Dividend | J | T | | | | | |
| 24. Vanguard Windsor II Fund (IRA) | A | Dividend | J | T | | | | | |
| 25. Artisan Midcap Fund (IRA) | A | Dividend | J | T | | | | | |
| 26. Baron Growth Fund (IRA) | | None | J | T | | | | | |
| 27. Oakmark Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 28. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 29. US Trust Co. CD (IRA) | A | Interest | J | T | | | | | |
| 30. Oakmark Equity Inc. Fd (IRA) | A | Divide | J | T | | | | | |
| 31. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |
| 32. Fidelity Equity Income II Fund (IRA) | A | Dividend | J | T | | | | | |
| 33. Fidelity Mid Cap Stock Fund (IRA) | | | | | Sold | 4/12 | J | A | |
| 34. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 35. Spartan Total Market Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 36. Fidelity Div Int'l Fd (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date; Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Fidelity Balanced Fd (IRA) | A | Dividend | J | T | | | | | |
| 38. Fidelity Short Term Bond Fd (IRA) | A | Dividend | J | T | | | | | |
| 39. Fidelity Value Fd (IRA) | A | Dividend | J | T | Buy | 4/12 | J | | |
| 40. Morgan Stanley Dean Witter Liquid Asset Fund | A | Interest | K | T | | | | | |
| 41. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 42. Lincoln National Life Variable Annuity | A | Dividend | K | T | | | | | |
| 43. TRUST #1: | | | | | | | | | |
| 44. Fidelity Cash Fd | A | Dividend | J | T | | | | | |
| 45. U.S. Treasury 5.875% | | | | | Sold | 2/15 | K | | |
| 46. Fed Home Ln Mtg 6.875% | A | Interest | K | T | | | | | |
| 47. Fed Home Ln Mtg 5.250% | A | Interest | K | T | | | | | |
| 48. U.S. Treasury 6.5% | A | Interest | K | T | | | | | |
| 49. Morgan Stanley Bd 5.8% | A | Interest | K | T | | | | | |
| 50. Scripps Co. 6.625% | A | Interest | K | T | | | | | |
| 51. Phillip Morris 7.650% | A | Interest | J | T | | | | | |
| 52. Ford Mo Cred 5.8% | A | Interest | K | T | | | | | |
| 53. Fed Nat'l Mort 5.25% | A | Interest | K | T | | | | | |
| 54. Union Tank Car 7.45% | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 56. Abitibi-Consol 7.875% | A | Interest | J | T | | | | | |
| 57. Ford Mo Cred 7.375% | A | Interest | J | T | | | | | |
| 58. Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 59. Citigroup 6.5% | A | Interest | K | T | | | | | |
| 60. JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 61. Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 62. Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 63. Am Home Prod 6.7% | A | Interest | J | T | | | | | |
| 64. Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 65. Caterpillar Inc 6.55% | A | Interest | J | T | | | | | |
| 66. Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 67. Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 68. Ford Mo Cred 7.25% | A | Interest | K | T | | | | | |
| 69. Honeywell Int't 6.125% | A | Interest | J | T | | | | | |
| 70. Lehman Bros 6.625% | A | Interest | J | T | | | | | |
| 71. Genl Elec Cap 6% | A | Interest | J | T | | | | | |
| 72. Bank of Am 4.875% | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 74. U.S. Treasury 8.125% | A | Interest | J | T | | | | | |
| 75. WalMart 7.55% | A | Interest | K | T | | | | | |
| 76. Spartan Total Mkt Index Fd | B | Dividend | M | T | | | | | |
| 77. Fidelity Div Int'l Fd | A | Dividend | K | T | | | | | |
| 78. Fidelity Low Pr. Stk Fd | A | Dividend | K | T | | | | | |
| 79. Fidelity Cash Reserves Fd | A | Dividend | J | T | Buy | 4/05 | J | | |
| 80. Fidelity Ultra Short Bond Fd | A | Dividend | J | T | Buy | 4/06 | J | | |
| 81. TRUST #2: | | | | | | | | | |
| 82. Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 83. Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 84. Vanguard Total Stock Mkt. Index Fund | A | Dividend | K | T | | | | | |
| 85. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 86. Vanguard U.S. Growth Index Fund | A | Dividend | | | Sold | 4/07 | J | | |
| 87. Vanguard Short Term Bond Index Fund | A | Dividend | J | T | Buy | 4/07 | J | | |
| 88. T Rowe Price New Era Fd | A | Dividend | J | T | Buy | 4/07 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PARTS I AND VII --
The listed trusts are ████ trusts for the benefit of a member of ████████ I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Date *april 5, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

P.O. BOX 1748
CHATTANOOGA, TN 37401-1748

R. ALLAN EDGAR
CHIEF JUDGE

TEL: (423) 752-8220
FAX: (423) 752-5276

June 6, 2005

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL
DISCLOSURE OFFICE

2005 JUN 13 A 10: 45

RECEIVED

Re:   Calendar Year 2004 Filing

Committee:

This is in response to your letter of May 24, 2005. This letter constitutes an amendment to my report dated April 5, 2005.

   (1)   In Part VII, page 2, line 33, column B(2), add "None."

   (2)   In Part VII, page 3, line 45, column B(2), add "None."

Very truly yours,



R. Allan Edgar

3 copies enclosed